395 P.3d 335

Dale E. TAYLOR, Sr., Petitioner-Appellee,

v.

Gared SAXBURY, Respondent-Appellant

NO. CAAP-15-0000821

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CIVIL NO. 14-1-149K)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

395 P.3d 335

STATE of Hawai'i, Plaiintiff-Appellee,

v.

Ian J. DEMING, Defendant-Appellant

NO. CAAP-16-0000298

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, KĀNE'OHE DIVISION, (CASE NO. 1DTA-15-03980)

SUMMARY DISPOSITION ORDER

Affirmed.

395 P.3d 335

STATE of Hawai'i, Plaintiff-Appellee,

v.

Clarence L. MONTALVO, III, Defendant-Appellant.

NO. CAAP-16-0000198

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CR. NO. 07-1-0686)

SUMMARY DISPOSITION ORDER

Affirm.

395 P.3d 335

STATE of Hawai'i, Plaintiff-Appellee,

v.

Dustin F.K. DAWSON, Defendant-Appellant

NO. CAAP-16-0000378

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, May 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DCW-15-0000082)

SUMMARY DISPOSITION ORDER

Affirmed.